UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>v.<br><br>MARJAN VAFAIE, et al.,<br><br>        Defendants. | Case No.: 18cv2075-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 19) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE** and the parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: July 1, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge